Pg. 1 of 8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

Christopher Odom
_____  )  Civil Action No. _____
[Enter the full name of the plaintiff in this action]  )                    (to be assigned by Clerk)
                                 )
v.                               )       COMPLAINT
FNU LNU C.C.D.C. Responsible     )       State Prisoner
Authority / FNU LNU C.C.D.C.     )
Negligence Injury Insurance      )       RECEIVED
Policy Holder et al              )       USDC CLERK, GREENVILLE, SC
_____  )       2011 MAY -2 A 9:33
_____  )
_____  )
Enter above the full name of defendant(s) in this action  )

I.   PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?     ?     Yes _____     No _____

   B.  If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

       1.  Parties to this previous lawsuit:

           Plaintiff:  ? This is different (collateral attack)
           Defendant(s):  ? This is different (collateral attack)
       2.  Court: ? This is different (collateral attack)
           (If federal court, name the district; if state court, name the county)
       3.  Docket Number: ? This is different collateral attack)
       4.  Name(s) of Judge(s) to whom case was assigned: ? This is different collateral attack
       5.  Disposition: ? This is different collateral attack
           (For example, was the case dismissed? Appealed? Pending?)
       6.  Approximate date of filing lawsuit: ? This is different collateral attack
       7.  Approximate date of disposition: ? This is different collateral attack

Complaint - State Prisoner
Revised October 3, 2007

(1)

II. PLACE OF PRESENT CONFINEMENT
   A. Name of Prison/Jail/Institution: Charleston County Detention Center.
   B. What are the issues that you are attempting to litigate in the above-captioned case? To include but not limited too Defamation (displaying plaintiff to civilians/kids) torture, harassment, & malicious prosecution, cruel & unusual punishment
   C. (1) Is there a prisoner grievance procedure in this institution? Yes ✓ No___
      (2) Did you file a grievance concerning the claims you are raising in this matter? Yes ✓ No___
         When N/A    Grievance Number (if available) N/A
   D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (i.e., your grievance)? Yes___ No ✓  N/A
   E. When was the final agency/departmental/institutional answer or determination received by you? N/A

   *If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.* N/A

   F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities? Yes___ No N/A
   G. If your answer is YES: N/A
      1. What steps did you take? N/A
      2. What was the result? N/A

III. PARTIES

   *In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*
   A. Name of Plaintiff: Christopher Odom
      Address: 1483 Woodview Ln Chas. S.C. 29412

   *In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*
   B. Name of Defendant: FNU LNU Responsible Authority   Position: C.C. D.C. Towns
      Place of Employment: Charleston County Detention Center 3941 Leeds Avenue N. Chas. S.C. 29405
   C. Additional Defendants (*provide the same information for each defendant as listed in Item B above*):
   FNU LNU Charleston County Detention Center Responsible Authority Negligence/Injury Insurance Policyholder et al.

Complaint - State Prisoner
Revised October 3, 2007

## STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

(A) ON 1-19-11 AT APPROX: 10:30 A.M thru 11:00 A.M UNIT A1A unit officer IN CHARGE FNU MACK AND (3) W/MALE OFFICER FNU LNU ALONG WITH (1) TACT OFFICER FNU LNU HUEY (?), (1) W/MALE OFFICER DRESS IN GRAY C.G.O.C. UNIFORM (1) W/MALE OFFICER DRESS IN BLUE OR IS THAT BLACK C.G.O.C. UNIFORM AND (1) W/M DRESS IN WHITE LONG SLEEVE SHIRT W/RED TIE ACRYLIC PANTS VIOLATORS THE PLAINTIFF UNITED STATES OF AMERICA CONSTITUTIONAL RIGHTS TO INCLUDE BUT NOT LIMITED TO DEFAMATION, MALICIOUS PROSECUTION, CRUEL AND UNUSUAL PUNISHMENT, TORTURE, VIOLATION OF PRIVACY ACT/LAWS et.al. (TOUR OF 11 KIDS IN A UNIT SEE A/A UNIT VIDEO RECORDING).

(B) ON 1-19-2011, APPROX 3:30 p.m thru 4:00 p.m UNIT 141 (14 KIDS/3 ADULTS/ALL CIVILIANS) NOTE: 1 B/MALE CIVILIAN BLUE SHIRT-BEIGE PANTS - 1 W/MALE CIVILIAN BLUE SHIRT, BLACK PANTS AND #1 C/1 W/FEMALE CIVILIAN WHITE SWEATER BLACK PANTS PINK SHIRT & FNU LNU C.C.D.C. RESPONSIBLE AUTHORITY /INJURY-NEGLIGENCE INSURANCE POLICY HOLDER FNU LNU OF ALL DEFENDANTS OF THIS CLAIM

(C) FOR THE RECORD - ON 2-3-2011 (1) F.N.U. LNU 3/MALE UNITED STATES ATTORNEY DRESS IN WHITE LONG SLEEVE SHIRT, TIE AND BLACK SHOES AT APPROXIMATELY BETWEEN 9:30 A.M AND 9:30 A.M UNIT 101 3841 LEEDS AVENUE N.CHAS S.C. 29405 — TOUR/VISIT

(D) FOR THE RECORD - ON 2-3-2011 F.N.U. LNU CIVILIAN W/FEMALE WITH DOCTORS/NURSE JACKET BLACK PANTS, BLACK HIGH HEELS SHOES AT APPROXIMATELY 10:30 A.M THRU 10:45 A.M ESCORTED BY C.C.D.H. NURSE(s), TOUR/VISIT

(E) ON 2-4-2011, UNIT 1A FNU LNU BLACK MALES (1) TALL PIN STRIPE SUIT (1) SHORT WEARING EYEGLASSES & SUIT TOUR/VISIT

Complaint - State Prisoner
Revised October 3, 2007

STATEMENT OF CLAIM - continued.

(F) 1) B/m civilian, (1) B/F burgundy jacket pink shirt, gray pants eyeglasses (1) w/m long sleeve shirt (w/shirt) gray pants, 1) B/m BROWN SUIT AND 20 kids on tour Unit 1A AT APPROX 3:45 p.m. thru 3:55 pm Defendant(s).

(G) STAN DAVIS U.S. NAVY on 2-24-2011 AT Approx 3:45 pm (FOR THE RECORD) / PLUS U.S. NAVY Inspector FNU LNU w/m full suit blue and gray tie black shoes on 2-24-2011 AT 3:45 to 4:00 p.m.

(H) 3:30 p.m. 20 kids tour Unit 1A DATE 3-16-2011 FNU LNU w/m civilian clothing w/ shirt brown pants Black shoes 3-16-2011 3:30 p.m.

(I) FNU LNU w/female on 3-18-2011 unit 1A wearing Black top, Black pants Heels Lavender purse (~~~~~) Unit 1A

(J) FNU LNU 22 civilians on tour Unit 1A AT Approx. 10:30 a.m. thru 11 a.m. on 3-19-2011

(K) FNU LNU (33) civilians on tour of Unit 1A AT Approx. 3 pm.

(L) 2 civilians on 3-25-2011 (M) FNU LNU civilian w/m brown short sleeve shirt, black pants on tour with Sgt. Dohguen on 3-25. Less Approx time AFTER 12 pm.

(N) on 2-23-2011 12 kids 4:50 pm (O) ALL THE ABOVE CIVILIANS TOURIST was allowed to view PLAINTIFF IN JAIL garment/ clothing/on display and civilians was also allowed to take photo memory pictures of plaintiff as c.c.a.c./ Defendants allowed civilians to look in Unit 1A cell/room windows.

(P) 4 civilians tourist escorted by C.O. on nurse on 3-29-2011 Unit 1A, Time 9am-10am (Q) Plaintiff is holding the Defendants, Responsible authority unit's for Defamation to include but not [illegible] indices jurisdiction tenure, cruel and unusual punishment from Oct 12, 2010 thru release on Defendants custody.

## V. RELIEF

*State briefly and exactly what you want the court to do for you.*

Plaintiff Demand relief from defendants of $16 million Dollars/medical/Health Reparations/ Safeguards/protection for the poor, needy, Deaf, Mute, Special Need people to include But NOT limited the Elderly, the Young, Kids, The Deaf, The Blind, The Dumb, the Sick & Shut in/Bed ridden and also the motherless and fatherless people, Beings/child.

NOTE: Plaintiff Demand medical/Health Reparations non-affiliated with Defendants and also release & restraining order Be place on defendants Immediately

— Plaintiff request dismissal of #K380534 & #83442 warrant and Release from County of Charleston & State of South Carolina custody A.S.A.P./Immediately.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __26__ day of __April (APRIL)__, 20__11__.

*Signature of Plaintiff*

Complaint - State Prisoner
Revised October 3, 2007